In the Matter of SYLVIA GOLUB, Deceased. NORMAN GOLUB,
Respondent; J. DAVID GOLUB, Appellant. (Matter No. 1.)

NORMAN GOLUB, Respondent, v JERRY DAVID GOLUB, Appellant.
(Matter No. 2.)

Submitted March 7, 2016; decided May 3, 2016

Motion for reconsideration of this Court's January 7, 2016 dismissal orders denied [*see* 26 NY3d 1094, 1095 (2016)]. Motion for leave to appeal dismissed upon the ground that the Court of Appeals lacks jurisdiction to entertain the motion (*see* NY Const, art VI, § 3; CPLR 5602). Motion for a stay dismissed as academic.

Chief Judge DiFiore and Judge Garcia taking no part.